

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,939-01

**EX PARTE ABEL MEDRANO, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 8602-A IN THE 27TH DISTRICT COURT
### FROM LAMPASAS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to thirty-five years' imprisonment. The Third Court of Appeals affirmed his conviction. *Medrano v. State*, No. 03-11-00684-CR (Tex.App.—Austin Aug. 28, 2013)(not designated for publication).

On March 25, 2015, this Court remanded this application to the trial court for a response from counsel regarding one ground contained in this application. On April 25, 2015, counsel

submitted an affidavit to the trial court. The trial court has denied to sign supplemental findings of fact and conclusions of law after this Court's remand order.

Based on the trial court's original findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: September 16, 2015
Do not publish